**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randall Scott POND, Defendant–
Appellant.**

**No. 01–4038.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 3, 2001.

Decided May 21, 2001.

Mary Lou Newberger, Acting Federal Public Defender, Joseph A. Brossart, Legal Research and Writing Specialist, Charleston, WV, for appellant.

Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, WV, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Randall Scott Pond pled guilty to possession with intent to distribute alprazolam, lorazepam, and phentermine, and was sentenced to thirty-six months imprison-

ment. On appeal, he challenges the district court's inclusion of 318 Tylox capsules as relevant conduct. We have reviewed the district court's statement of reasons for sentencing, as well as the briefs and joint appendix, and we find that the district court's conclusions were not clearly erroneous. *See United States v. Love,* 134 F.3d 595, 606 (4th Cir.1998) (standard of review). Accordingly, we affirm Pond's sentence on the reasoning of the district court. (J.A. at 84–91). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*